UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG PALADINI,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 to 100,<br><br>        Defendants. | Case No. 2:23-cv-02042-CKD<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed:   September 19, 2023 |

# ORDER

Pursuant to the stipulation of the parties (ECF No. 9), the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  March 4, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE